IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CHRISTOPHER ALLEN THORNSBERRY,
ADC #169180                                                                                                    PLAINTIFF

V.                                    CASE NO. 2:20-CV-182-JM-BD

GARY R. KERSTEIN, *et al*.                                                                            DEFENDANTS

## ORDER

Magistrate Judge Beth Deere has recommended that Defendant Jeffrey Stieve be dismissed as a Defendant in this lawsuit. The parties have not filed objections. After careful review of the recommendation to dismiss, the Court hereby approves and adopts that recommendation in its entirety.

Mr. Thornsberry's claim against Defendant Stieve are DISMISSED, without prejudice, based on his failure to serve this Defendant within the time allowed by the Court and the Federal Rules of Civil Procedure.

IT IS SO ORDERED, this 10th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE