### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**CHRISTOPHER ALLEN THORNSBERRY**                                            **PLAINTIFF**
**ADC #169180**

**V.**                                   **NO. 2:20-cv-00182-JM-ERE**

**GARY R. KERSTEIN,** *et al.*                                                  **DEFENDANTS**

### <u>ORDER</u>

The Court has reviewed the recommendation submitted by United States Magistrate Judge Edie R. Ervin and the objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      Defendants Anthony Jackson, Morieon Kelley, and Benjamin Woodard's motion for summary judgment for failure to exhaust administrative remedies (*Doc. 61*), and Defendants Tracy Bennett, Gary R. Kerstein, and Terri Moody's[1] motion for summary judgment for failure to exhaust administrative remedies (*Doc. 66*) are GRANTED, and judgment will be entered in their favor.

2.      All claims asserted by Plaintiff Christopher Allen Thornsberry in this action are DISMISSED, without prejudice, for failure to exhaust administrative remedies.

Dated this 13th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE

---

1 No relation to the undersigned.