IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CHRISTOPHER ALLEN THORNSBERRY**                                                    **PLAINTIFF**
**ADC #169180**

V.                              NO. 2:20-cv-00182-JM-ERE

**GARY R. KERSTEIN,** *et al*.                                                       **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed. All relief sought is denied, and the case is closed.

Dated this 13th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE